# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

OSEAS NAVAEL PEREZ-ARITA        CIVIL ACTION NO. 26-397 SEC P

VERSUS        JUDGE EDWARDS

BRIAN ACUNA ET AL        MAG. JUDGE PEREZ-MONTES

## JUDGMENT OF DISMISSAL

Considering Petitioner's Motion to Voluntary Dismiss Habeas Petition (R. Doc. 6),

**IT IS ORDERED** that the above-entitled and numbered cause be and the same is hereby **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 18th day of February, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE